■ COSTELLO-PALMER CORP., Appellant, v. CONSOLIDATED FACTORS CORPORATION, Respondent.— Motion by appellant for a stay pending determination of appeal from an order, granted on condition that the appeal be perfected for the February Term, commencing January 30, 1961, and that appellant be ready to argue or submit it at said term. Appellant's brief shall be served

and filed on or before January 16, 1961. Nolan, P. J., Beldock. Ughetta, Christ and Brennan, JJ., concur.